FILED

MAR 2 5 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Dusty Miller, Special Agent, Coast Guard Investigative Service, Chesapeake, Virginia, being duly sworn, state the following:

1.     I am a Special Agent with the United States Coast Guard Investigative Service (CGIS) and a member of the United States Coast Guard (USCG). I have conducted maritime law enforcement operations from various perspectives, including as a crewmember on the U.S. Coast Guard Cutter (USCGC) THETIS in 2003, as a USCG Boarding Officer from 2007 to 2015, and as a CGIS criminal investigator since 2015. Throughout my time in the Coast Guard and CGIS, I have received specialized training in the detection, interdiction, and investigation of violations of the Maritime Drug Law Enforcement Act, Title 46 U.S. Code Chapter 70503. In my current assignment at CGIS Chesapeake Region, Portsmouth, VA, I have acquired practical knowledge and experience by participating in joint investigations of drug trafficking organizations with other federal agencies in the Eastern District of Virginia.

2.     I have probable cause to believe that Leonard Nicandy DOWNS, Jaime Lorenzo SOLIS, and Bismarck Alexander GUTIERRES have committed the following offense in violation of federal law:  Manufacture, Distribution, or Possession with Intent to Distribute Controlled Substance on a Vessel (46 U.S.C. § 70503).  Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

### PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

1.     Since March 2020, CGIS Chesapeake Region has supported the Drug Enforcement Administration (DEA) Hampton Post of Duty and Homeland Security Investigations Norfolk with joint investigations of maritime smuggling operations based on the

Pacific coast of Colombia as well as throughout the Caribbean. Your affiant is aware that drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, to transport multi-hundred-kilogram shipments of narcotics from source countries to awaiting transfer vessels or other destinations with final distribution being the United States of America.

2.      On March 12, 2022, a Maritime Patrol Aircraft spotted a GFV with packages on deck and operating in a known drug trafficking vector of 135NM South of Punta Mala, Panama (PA). USCGC SPENCER was patrolling nearby and diverted to intercept. The GFV was displaying no indicia of nationality and located in international waters. USCGC SPENCER requested and USCG District 11 issued a Statement of No Objection to conduct a Right of Visit (ROV) boarding to determine the vessel's nationality.

3.      USCGC SPENCER sent a Boarding Team onboard the GFV to conduct a ROV boarding. The Boarding Team encountered three Nicaraguan citizens onboard, removed them from the GFV for officer safety, and obtained positive control of the GFV without incident. ROV boarding yielded no physical flag, no registration documents, no registration number, no homeport, no name on the hull, and no painted-on markings. A Master was identified as Leonard DOWNS, but no claim of nationality was made for the vessel.

4.      USCGC SPENCER requested and USCG District 11 authorized to treat the vessel as without nationality and to conduct a full law enforcement boarding under U.S. jurisdiction. The Boarding Team conducted Narcotics Identification Kit (NIK) tests on the contents of the packages, yielding two presumptive positive NIK tests for marijuana and two presumptive positive NIK tests for cocaine. The Boarding Team completed 100% At-Sea-Space-Accountability and removed all contraband from GFV. USCGC SPENCER seized 30 bales

positive for marijuana and 12 bales positive for cocaine with at sea weights of 288 kilograms of cocaine and 2,250 pounds of marijuana.

5.    USCGC SPENCER requested and USCG District 11 authorized to detain the three Nicaraguan crewmembers of the GFV, identified as Leonard Nicandy DOWNS, Jaime Lorenzo SOLIS, and Bismarck Alexander GUTIERRES. Initial records checks yielded no active wants or warrants, no criminal histories, and no encounter history at U.S. borders or equivalent ports of entry.

6.    USCGC SPENCER requested and D11 granted to sink the GFV as a hazard to navigation due to distance from land, vessel being unsafe and unseaworthy with fuel and wires exposed, no tow points, and no navigation lights. USCGC SPENCER sank the GFV prior to departing the scene.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Leonard Nicandy DOWNS, Jaime Lorenzo SOLIS, and Bismarck Alexander GUTIERRES with Manufacture, Distribution, or Possession with Intent to Distribute a Controlled Substance on a Vessel (46 U.S.C. § 70503).

FURTHER YOUR AFFIANT SAYETH NOT.

Dusty Miller, Special Agent
Coast Guard Investigative Service

Reviewed by:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to
before me on this
25th day of March 2022

Douglas E. Miller
United States Magistrate Judge
Norfolk, Virginia